432 A.2d 247

Commonwealth v. Graybill, Appellant.

Submitted March 21, 1980. Thomas G. Klingensmith, Assistant Public

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.